ROBERT P. CROWTHER
LAW OFFICES OF ROBERT CROWTHER
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
Telephone (907) 274-1980
Facsimile (907) 274-2085

Attorney for the Debtors
File No. 1997

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>DAVID M. DECKER and<br>MARILYN L. DECKER,<br><br>Debtors. | Case No. A14-00065-GS<br>Chapter 11, converted from Chapter 7 |

ORDER OF CONFIRMATION

The "Second Amended Plan of Reorganization of David M. and Marilyn L. Decker" filed in the above-captioned case on May 19, 2016 (the May 19, 2016 Plan), having been transmitted to all creditors along with the "First Amended Disclosure Statement of David M. and Marilyn L. Decker" (the May 3, 2016 Disclosure Statement); and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129(a) and 1129(b), where applicable, have been satisfied by the May 19, 2016 Plan with the plan amendments detailed in this order;

**IT IS ORDERED that**:

1. The May 19, 2016 Plan filed by David M. and Marilyn L. Decker is CONFIRMED with the further changes outlined in paragraph 2., below and the enforcement provisions in paragraph 3., below.

2. The Plan shall be modified to provide:

a. **Internal Revenue Service, Priority Claims and Claim for Taxes Due for 2014.** The following treatment shall be provided for the priority Claims of the Internal Revenue Service and the Claim for Taxes Due for 2014:

These Claims, together with interest fixed at the underpayment rate provided for pursuant to I.R.C. §6621 in effect as of the Effective Date, will be paid in full, in initial monthly installments of $750.00 starting August 25, 2016 and again on September 25, 2016, then increasing to $1,500.00 on October 25, 2016 and continuing until April 25, 2017 (or as soon thereafter as the Class S-5 Claim of the Internal Revenue Service is paid) at which time payments to the Internal Revenue Service will increase to $3,750.00. Payments at this rate will continue until April 15, 2018, at which time payments will increase to $5,750.00. Payments will continue at this rate until these Claims and required interest have been paid in full.

b. Class U-1: **Unsecured Claims**. The following treatment shall be provided for Class U-1 Unsecured Claims:

These Claims will receive Pro Rata shares of monthly payments at the rate of the $750.00 per month after Class A-1 Claims have been paid in full with that amount increasing to $4,500.00 effective November, 2019 with all payments to cease after creditors have received their pro rata share of $90,000.00.

3. Notwithstanding any contrary provision of the Bankruptcy Code or other rule of law, if the the Deckers miss a payment required to the Internal Revenue Service, the Internal Revenue Service may provide notice to the Deckers and to their attorney at the addresses below (or at alternative addresses provided later to the United States Attorney for the District of Alaska):

David M. and Marilyn L. Decker<br>13010 Jeanne Road<br>Anchorage, AK 99516

and

Robert P. Crowther<br>Law Office of Robert Crowther<br>1113 W. Fireweed Lane, Suite 200<br>Anchorage, AK 99503

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

If the default is not cured within 31 days, the Internal Revenue Service may use its administrative powers, including the power to levy in I.R.C. §6331, to collect any remaining undischarged, unpaid balance or to satisfy its tax liens on existing assets to collect discharged tax balances.

DATED: September 2, 2016

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Approved as to form and substance:

LAW OFFICES OF ROBERT CROWTHER
Attorneys for the Debtors

DATED: 8/29/2016

BY: /s/ Robert P. Crowther
ROBERT P. CROWTHER

KAREN L. LOEFFLER
United States Attorney

DATED: 8/29/2016

BY: /s/ Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney

Serve: Robert Crowther, Esq.
Thomas Buford, Esq.
Richard Pomeroy, Esq.
SVS
Case Mgr.

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085