UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re:

DAVID M. DECKER and
MARILYN L. DECKER,

Debtors.

Case No. A14-00065-GS
Chapter 11

FINAL DECREE

The estate of the above-named debtors has been fully administered. Therefore, in accordance with this court's Order Granting Motion for Entry of Final Decree (ECF No. 165),

IT IS HEREBY ORDERED that the chapter 11 case of the above-named debtors is closed.

DATED: July 3, 2018

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve: Debtors
R. Crowther, Esq.
K. Perkins, Esq.
U.S. Trustee
ECF Participants via NEF
Case Manager